# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Youa Vang Lee,
*trustee for the heirs and next-of-kin*
*of Fong Lee, Decedent*

      Plaintiff,

   vs.                                    **CIVIL TRIAL NOTICE**

Officer Jason Andersen, et al          **Case Number Civil 07-1205 PAM/JSM**

      Defendants.

      (x) TAKE NOTICE That a proceeding in this case has now been set for the place, date and time set forth below:

                            Courtroom 7D
                          316 North Robert Street
                        St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Monday, May 18, 2009 @ 9:00 A.M., for civil jury selection and trial.**

Proposed voir dire, jury instructions, trial briefs, motions in limine, witness and exhibit lists are due by 4:30 p.m. on Monday, May 11, 2009. The trial briefs and motions in limine are to be filed on CM/ECF. Counsel shall submit two hard copies of all materials directly to Judge Magnuson's chambers and one copy to Judge Magnuson's e-mail box (magnuson_chambers@mnd.uscourt.gov). The trial materials should be submitted in Word Perfect format. Use of this e-mail box does not constitute filing with CM/ECF, nor is it a replacement for filing.  **COUNSEL MUST PREMARK ALL EXHIBITS.**

                                                               RICHARD SLETTEN, CLERK

Dated: April 9, 2009

                                                   *s/Suzanne M. Ruiz*
                                                   Suzanne M. Ruiz, Calendar Clerk

cc:     Counsel of Record